814

No. 135. KIDD v. MERCK & Co., INC. C. A. 6th Cir. Certiorari denied. *Ben F. McAuley* for petitioner. *Philip Wallis* for respondent.

No. 136. BOARD OF ASSESSORS OF THE TOWN OF RIVER-HEAD, NEW YORK, ET AL. v. GRUMMAN AIRCRAFT ENGI-NEERING CORP. Court of Appeals of New York. Certiorari denied. *Reginald C. Smith* and *Charles A. Ellis* for petitioners. *John P. Ohl* for respondent.

No. 137. INTERNATIONAL UNION, UNITED AUTOMO-BILE, AIRCRAFT AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (AFL–CIO) ET AL. v. BENTON HARBOR MAL-LEABLE INDUSTRIES. C. A. 6th Cir. Certiorari denied. *Harold A. Cranefield, Kurt L. Hanslowe* and *Redmond H. Roche, Jr.* for petitioners. *Victor L. Lewis* and *Chester J. Byrns* for respondent.

No. 138. MINERAL HOLDING TRUST OF ST. PAUL, MIN-NESOTA, ET AL. v. ALUMINUM COMPANY OF AMERICA ET AL. Supreme Court of Texas. Certiorari denied. *John E. Daubney* for petitioners. *C. E. Bryson* and *David T. Searls* for the Aluminum Company of America et al., and *C. C. Carsner* for Stovall et al., respondents.

No. 140. ESTATE OF PIPE v. COMMISSIONER OF IN-TERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Russell D. Morrill* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Stull,* ʽ *Harry Baum* and *Marvin W. Weinstein* for respondent.